# United States District Court
## DISTRICT of MARYLAND

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

AUG 20 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JONATHAN MORGAN

CRIMINAL COMPLAINT

CASE NO: 14-MJ-01790

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

1. On or about 18 December 2013, at Joint Base Andrews, Maryland, in the District of Maryland, defendant did, within the special territorial jurisdiction of the United States in the State and District of Maryland, knowingly and intentionally possess a controlled dangerous substance, to wit: marijuana, in violation of Title 21 United States Code, Section 844 (a).

2. On or about 18 December 2013, at Joint Base Andrews, Maryland, in the District of Maryland, defendant did, within the special territorial jurisdiction of the United States in the State and District of Maryland, violate Maryland Code, Transportation Article 16-303(c) (assimilated), by driving vehicle on highway on suspended license and privilege, in violation of Title 18 United States Code, Section 7(3) and 13.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are contained in the attached Security Forces Blotter and as follows:

On or about 18 December 2013, at the main gate on Joint Base Andrews, Maryland, Jonathan Morgan approached the entry controller, Officer Henderson and handed him his contractor identification for base access. Officer Henderson noted that the identification card stated "non-driver" on the reverse of the card. While Officer Henderson was recording Mr. Morgan's information on the turn-around log he detected an odor resembling marijuana coming from the vehicle and contacted the Base Defense Operations Center for assistance. Additionally, the law enforcement desk determined that Mr. Morgan's driver's license was suspended in the state of Maryland. Additional patrols arrived on scene and Officer Lepore received consent to search the vehicle from Mr. Morgan and located a one inch marijuana cigarette in the center console of the vehicle. Investigator Camacho tested the substance with NIK #1979471 and received positive results for marijuana. Mr. Morgan was advised of his rights, which he acknowledged.

Continued on the attached sheet and made a part hereof:   X Yes    No__

_____
Signature of Complainant
Kraig Wright

Sworn to before me and subscribed in my presence,

Aug 25, 2014
Date

Joint Base Andrews, Maryland
At City and State

CHARLES B. DAY, UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

1 of 19
CKW